UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:14-CR-311 (CEJ) |
| CHRISTOPHER M. CRISTEA and DAVID COREY TOLLE, | ) | |
| Defendants. | ) | |

**ORDER**

Because the grand jury has returned a superseding indictment against the defendants,

**IT IS HEREBY ORDERED** that the consent motion to remove this case from the trial docket [#115] is **granted.**

**IT IS FURTHER ORDERED** that this case is removed from the July 29, 2015 trial docket. A new trial date will be set after termination of the referral of pretrial motions to the magistrate judge.

**IT IS FURTHER ORDERED** that any delay resulting from the filing or disposition of pretrial motions shall be excluded from computing the time within which the trial must commence under the Speedy Trial Act. *See,* 18 U.S.C. § 3161(h)(1)(D).

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of July, 2015.

2
