UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **7/22/2015**   Judge **Noce**   Case No. **4:14cr311CEJ-DDN**

**UNITED STATES OF AMERICA** v. **Christopher Cristea**

Court Reporter **FTR GOLD**   Deputy Clerk **K. Scheele**

Assistant United States Attorney(s) **Steven Muchnick**

Attorney(s) for Defendant(s) **John Rogers**

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

- ☐ Initial Appearance
  - ☐ Supervised Release Revocation
- ☒ Arraignment *superseding indictment*
- ☐ Preliminary Examination
- ☐ Motion Hearing
  - ☐ Evidentiary Hearing
  - ☐ Oral Argument/Non Evidentiary Hearing
- ☐ Detention Hearing
  - ☐ Bond Review
- ☐ Bond Revocation
- ☐ Bond Execution/Appearance Bond
- ☐ In Court Hrg (**WAIVER OF MOTIONS**)
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3)Removal (Identity)
- ☐ Preliminary Rev.
  - ☐ Probation
  - ☐ Supervised Release
- ☐ Competency
- ☐ Pretrial/Status Conf.
- ☐ Sentencing
- ☐ Material Witness

___

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.
☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%
  ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond
☐ Government filed motion for pretrial detention.  Detention hearing scheduled for _____ Before _____
☐ Preliminary Revocation   ☐ Preliminary Examination set for _____ Before _____
☒ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement
  Plea entered **Not Guilty**   Order on pretrial motions: ☒ issued   ☐ to issue
    ☒ Written Motion for Extension of Time to File Pretrial Motions
    ☒ Oral Motion for Suppression
    ☒ Oral Motion for Determination of Arguably Suppressible Evidence by Govt
☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling
☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions
Trial date/time _____ Before _____
Final Supervised Release Revocation Hearing set for _____ Before _____
☒ Remanded to custody   ☐ Released on bond
Next hearing date/time **12/9/15 @ 9:00**  Type of hearing **evidentiary hearing**  Before **DDN**

Proceeding commenced **10:00**   Proceeding concluded **10:05**   Continued to _____