IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | 4:14-CR00311 CEJ (DDN) |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID C. TOLLE, | ) | |
| | ) | |
| Appellant. | ) | |

## MOTION TO FILE OUT OF TIME

COMES NOW Law Offices of Lenny Kagan, and respectfully requests the Court's permission to file the waiver of filing pretrial motions out of time.

Respectfully Submitted,

____/S/_____
Lenny Kagan, #52284MO
7911 Forsyth Blvd, Suite 300
Clayton, Missouri 63105
(314) 913-9990
(314) 863-5335 (fax)
Attorney for Defendant
Lgkagan@hotmail.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically this 16th day of November, 2015, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all interested parties.

                /S/
              Lenny Kagan, #52284MO