UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )   4:14 CR 311 CEJ (DDN) |
| | ) |
| v. | ) |
| | ) |
| DAVID C. TOLLE, | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF FILING PRETRIAL MOTIONS

COMES NOW Defendant herein, and informs this Honorable Court that he hereby waives the filing of pretrial motions in the above-captioned case. Defendant's waiver is made knowingly, voluntarily and with a complete understanding of the consequences of said waiver.    Defendant believes that there are no issues that need to be raised by way of pretrial motions. Defendant has personally discussed this matter with his counsel and agrees not to raise any pretrial motions.

Respectfully submitted,

_____/S/_____
Lenny Kagan, #52284MO
7911 Forsyth Blvd., #300
Clayton, Missouri 63105
(314) 913-9990
(314) 863-5335 FAX

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing was filed this 16th day of November, 2015, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all interested parties.

                                            /S/
                                  Lenny Kagan, #52284MO